An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMAR L. STEELE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61476

**FILED**

MAY 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of conspiracy to commit robbery, and pursuant to a guilty plea, of robbery and attempted sexual assault. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Appellant argues that his sentence constitutes cruel and unusual punishment in violation of the United States and Nevada Constitutions considering his young age, lack of culpability, and diminished reasoning. The district court sentenced appellant to the Nevada Department of Corrections for a term of 24 to 60 months on the conspiracy count and 72 to 180 months for the remaining two counts, all sentences to run concurrently.

A sentence that falls within the statutory limits is not considered cruel or unusual punishment "unless the statute fixing punishment is unconstitutional or the sentence is so unreasonably disproportionate to the offense as to shock the conscience." *Blume v. State*, 112 Nev. 472, 475, 915 P.2d 282, 284 (1996) (internal quotation marks omitted); *Harmelin v. Michigan*, 501 U.S. 957 1000-01 (1991) (plurality opinion). Appellant does not challenge the constitutionality of the

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14317

statutes, and the imposed sentence is within the statutory limits and is not unreasonably disproportionate to his crimes. NRS 193.330(1)(a)(1); NRS 199.480(1)(a); NRS 200.366(2); NRS 200.380(1). Therefore we conclude that his sentence does not constitute cruel and unusual punishment. Accordingly, we

ORDER the judgment of the conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:     Hon. David B. Barker, District Judge
        Law Offices of John P. Parris
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk